IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-cv-04026 |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART, Inc., | ) | Honorable Sharon Johnson Coleman |
| SHOP MA, INC., | ) | |
| SHOP HOLDING CORPORATION, | ) | |
| JOHN DOE ENTITY, | ) | |
| CPL HOLDINGS LLC, | ) | |
| PRICEGRABBER.COM INC., and | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff NATIVE AMERICAN ARTS, INC., through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants. In support thereof, Plaintiff states:

1. Plaintiff filed the present action on May 6, 2015.

2. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff requests to voluntarily nonsuit its claims. Defendants have not filed an Answer or Motion for Summary Judgment.

WHEREFORE, Plaintiff gives this notice, dismissing the case without prejudice.

                                            NATIVE AMERICAN ARTS, INC.

                                            By:   /s/ John R. McInerney
                                                     One of its Attorneys

Peter S. Lubin
Vincent L. DiTommaso
John R. McInerney
DITOMMASO ♦ LUBIN, P.C.
17W220 22nd Street - Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000
psl@ditommasolaw.com